IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HILLIARD NELSON
ADC #95169                                                                                              PLAINTIFF

V.                                      5:09CV00396 SWW/JTR

SKIPPY LEEK,
Desha County Circuit Court Clerk                                                            DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections.[1] After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that as plaintiff points out, his motion for declaratory judgment addressed only defendant Glover, not defendant Leek.[2] Because the Court dismissed plaintiff's claims against Judge Glover prior to service of the complaint, he is not in default for failure to answer the complaint.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Declaratory Judgment (docket entry #14), which has been construed as a Motion for Default Judgment, is DENIED.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 20th day of April, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] The Court considers plaintiff's reply to the response [docket entry 18] as his objections to the proposed findings and recommendation.

[2] Defendant Leek filed a response to the motion for declaratory judgment [docket entry 15].