IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HILLIARD NELSON
ADC #95169                                                                                          PLAINTIFF

V.                                      5:09CV00396 SWW/JTR

SKIPPY LEEK,
Desha County Circuit Court Clerk                                                       DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Defendant on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 21st day of December, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE