IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HILLIARD NELSON
ADC #95169                                                                                          PLAINTIFF

V.                                        5:09CV00396 SWW

DON GLOVER, Circuit Judge,
Desha County Circuit Court, et al.                                                         DEFENDANTS

## ORDER

Before the Court is plaintiff's motion for reconsideration of the Court's December 21, 2010, Order adopting the Findings and Recommended Disposition of the magistrate judge dismissing plaintiff's claims against Separate Defendant Skippy Leek. The motion [docket entry 45] is denied.

Dated this 16th day of February, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE